UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| GREG STEVENS | CIVIL ACTION NO. 19-0824 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| TODD ROBERTS | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Greg Stevens' claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request to dismiss his charges is **DENIED AND DISMISSED WITHOUT PREJUD**ICE to Plaintiff's right to pursue habeas corpus relief after he exhausts all available state court remedies.

MONROE, LOUISIANA, this 13th day of November, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE